Lisa S. Kantor, Esq. State Bar No. 110678
  E-Mail: lkantor@kantorlaw.net
Elizabeth K. Green, Esq. State Bar No.199634
  E-Mail: egreen@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
TEL: (818) 886-2525
FAX: (818) 350-6272

Attorneys for Plaintiff,
LAURIE HOOD

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| LAURIE HOOD, | CASE NO: CV 07-01634 FCD EFB |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE EXPERT DISCLOSURE AND DISCOVERY DATES |
| VS. | |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, | |
| Defendant. | |

Plaintiff Laurie Hood ("Plaintiff") and Defendant Hartford Life and Accident Insurance Company ("Hartford") hereby STIPULATE and AGREE as follows:

1. This matter involves Plaintiff's breach of contract and insurance bad faith claims against Defendant for denial of her disability benefits. Plaintiff filed her complaint on August 9, 2007.

1

2.     On May 15, 2008, the Court modified the Pretrial Scheduling Order and issued the following dates: discovery deadline of August 1, 2008; expert witness designation due August 14, 2008, with supplemental expert witness designation due September 4, 2008; all expert discovery completed by November 5, 2008; dispositive motion deadline set for January 9, 2009; Final Pretrial Conference set for March 13, 2009; Joint Pretrial Statement to be filed on or before March 6, 2009; Trial set for June 2, 2009.

3.     On July 29, 2008, Plaintiff filed her First Amended Complaint pursuant to the Court's July 28, 2008 Order.

4.     Following completion of discovery, Plaintiff's and Defendant's counsel have engaged in further settlement discussions.  The parties are also discussing possibly scheduling an additional mediation session.

5.     To facilitate settlement discussions and minimize expert costs, the parties hereby stipulate and agree to continue the following dates pertaining to expert witnesses for two weeks: expert witness designation from **August 14, 2008** to **August 28, 2008**; supplemental expert witness designation from **September 4, 2008 to September 18, 2008**; and expert discovery completion from **November 5, 2008 to November 19, 2008.**

IT IS SO STIPULATED.

DATED: August 13, 2008                KANTOR & KANTOR LLP

                                By: _____
                                    ELIZABETH GREEN
                                    Attorneys for Plaintiff
                                    LAURIE HOOD

2

DATED:  August 13, 2008

SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _____
BRUCE D. CELEBREZZE
MICHELLE Y. McISAAC
Attorneys for Defendant
HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY

## ORDER

Good cause having been shown, the pretrial scheduling dates are hereby continued as follows: expert witness designations due August 28, 2008, supplemental expert witness designations due September 18, 2008, and expert witness discovery to be completed by November 19, 2008.

Dated: August 14, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE