SEDGWICK, DETERT, MORAN & ARNOLD LLP
BRUCE D. CELEBREZZE  Bar No. 102181
WAYNE A. WOLFF  Bar No. 161351
MICHELLE Y. MCISAAC  Bar No. 215294
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendant
HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| LAURIE HOOD,<br><br>    Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>    Defendant. | CASE NO. 2:07-CV-01634 FCD EFB<br><br>**ORDER GRANTING DEFENDANT HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY'S REQUEST FOR TELEPHONIC PARTICIPATION OF COMPANY REPRESENTATIVE AT SETTLEMENT CONFERENCE**<br><br>JUDGE: Honorable William B. Shubb<br>DEPT: Courtroom 5<br>DATE: June 2, 2009<br>TIME: 10:00 a.m. |

    The Court GRANTS defendant Hartford Life and Accident Insurance Company's request to have its company representative participate in the June 2, 2009 settlement conference via telephone. Hartford's representative shall be available and accessible at all times during the settlement conference and shall have full authority to settle the case.

    IT IS SO ORDERED.

Dated: April 13, 2009

                                       _/s/ William B. Shubb_
                                       WILLIAM B. SHUBB
                                       UNITED STATES DISTRICT JUDGE

SF/1584221v1

-1-    CASE NO. 2:07-CV-01634 FCD EFB
[PROPOSED] ORDER GRANTING HARTFORD'S REQUEST FOR TELEPHONIC PARTICIPATION OF COMPANY REPRESENTATIVE AT SETTLEMENT CONFERENCE