1  Glenn R. Kantor, Esq. State Bar No. 122643
   E-Mail: gkantor@kantorlaw.net
2  KANTOR & KANTOR, LLP
   19839 Nordhoff Street
3  Northridge, CA 91324
   TEL: (818) 886-2525
4  FAX: (818) 350-6272

5  Attorneys for Plaintiff
   LAURIE HOOD

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO**

| | |
|---|---|
| LAURIE HOOD,<br><br>         Plaintiff,<br><br>    v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>         Defendants. | CASE NO.  2:07-CV-01634 FCD EFB<br><br>STIPULATION AND ORDER FOR DISMISSAL |

   Plaintiff Laurie Hood ("Plaintiff") and Defendant Hartford Life and Accident Insurance Company ("Hartford") hereby Stipulate that the above-entitled action shall be dismissed with prejudice.  Each party to bear its own costs and fees.

   IT IS SO STIPULATED.

DATED: July 1, 2009                    KANTOR & KANTOR LLP


                                       By:   */s/ Glenn R. Kantor*
                                             GLENN R. KANTOR
                                             ATTORNEYS FOR PLAINTIFF
                                             LAURIE HOOD

1  DATED: July 6, 2009                           SEDGWICK, DETERT, MORAN &
2                                                ARNOLD LLP

3

4                                           By:   /s/ Michelle McIsaac
                                                  BRUCE D. CELEBREZZE
5                                                 MICHELLE Y. McISAAC
                                                  ATTORNEYS FOR DEFENDANT
6                                                 HARTFORD LIFE AND ACCIDENT
                                                  INSURANCE COMPANY
7

8                                          **ORDER**

9       It is hereby ORDERED that the above entitled action is dismissed with prejudice.

10

11  DATED:  July 7, 2009

12

13                                          _____
                                            FRANK C. DAMRELL, JR.
14                                          UNITED STATES DISTRICT JUDGE